IN THE MATTER OF THE PETITION OF HENRY BAINBRIDGE AND OTHERS, EXECUTORS, TO HAVE REVIVED AND CONTINUED AN ACTION COMMENCED AND PENDING BETWEEN RICHARD BAINBRIDGE, PLAINTIFF, AND CHAS. F. LIVERMORE AND OTHERS, DEFENDANTS.

*Revival of action.*

APPEAL by defendants from an order made at Special Term, granting leave to revive, etc. The application was not made until several years after the death of the party, the plaintiff being under a stay of proceedings.

The court *held*, that the revival of an action by the representatives of a deceased plaintiff, was not a proceeding contemplated by, or embraced within the prohibition of a stay of proceedings. · That it could not be regarded as a proceeding other than to prevent the abatement of the action. That the authorities required the motion to revive to be made within the year, under section 121 of the Code. (*Allen* v. *Walter*, 10 Abb., 379; *Matter of Bornsdorff* v. *Lord*, 41 Barb., 211; *Coon* v. *Knapp*, 13 How. Pr., 175; *Gordon* v. *Sterling*, id., 405; *Greene* v. *Bates*, 7 id., 296.)

*E. P. Wheeler*, for the appellant.

*Robert Sewell*, for the respondents.

Opinion by BRADY, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order reversed, with ten dollars costs besides disbursements.